IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE A. SOLEDAD, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | EP-99-CA-146-DB |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| TREASURY, ROBERT E. RUBIN, | § | |
| SECRETARY OF THE DEPARTMENT | § | |
| OF TREASURY, | § | |
|     Defendant. | § | |

## ORDER

On this day, the Court considered the above-captioned cause. On January 21, 2003, and January 22, 2003, respectively, Defendant and Plaintiff telephonically reported to the Court that the Parties had reached a settlement agreement in this cause. As such, the Court is of the opinion that a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) is now due from the Parties.

Accordingly, **IT IS HEREBY ORDERED** that the Parties tender to the Court a proposed dismissal of this cause **on or before February 24, 2003**.

**SIGNED** this **23rd** day of **January, 2002.**

THE HONORABLE DAVID BRIONES
UNITED STATES DISTRICT JUDGE