IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE A. SOLEDAD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. EP-99-CA-146-DB |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| TREASURY, PAUL H. O'NEILL, | § | |
| Secretary of the Department | § | |
| of Treasury, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day came on to be considered the Motion of the Defendant for an order of the Court to enforce the settlement agreement of the parties. After considering such Motion, the Court finds it should be granted for the reasons set out therein.

IT IS, THEREFORE, ORDERED that the settlement agreement reached by the parties on shall be binding. IT IS FURTHER ORDERED that Plaintiff sign and deliver to Defendant the Release, Stipulation to Compromise Settlement Agreement and any and all settlement documents necessary to facilitate dismissal of this cause.

Signed this the 7 day of MARCH, 2003.

DAVID BRIONES
United States District Judge