

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE A. SOLEDAD, | § § § | |
| Plaintiff, | § § | |
| v. | § | Cause No. EP-99-CA-146-DB |
| | § | |
| UNITED STATES DEPARTMENT OF TREASURY, PAUL H. O'NEILL, Secretary of the Department of Treasury, | § § § § § | |
| Defendant. | § § | |

## PROPOSED ORDER OF DISMISSAL

COMES NOW Defendant, PAUL H. O'NEILL, Secretary of the Department of Treasury, and Plaintiff, JOSE SOLEDAD, by and through their counsel, and subject to the approval of the Court, stipulate as follows:

1. All claims presented by the Plaintiff's Complaint shall be dismissed with prejudice as to Defendant, PAUL H. O'NEILL, Secretary of the Department of Treasury, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. All parties shall pay their own costs.

SIGNED and ENTERED this the 2nd day of May, 2003.

SO ORDERED:

_____
DAVID BRIONES
UNITED STATES DISTRICT JUDGE

